

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

May 23, 2019

**VIA ECF**
Honorable Judge Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *Dawson v. Skinnycorp, LLC d/b/a Threadless; Case No. 1:19-cv-01394-AT*

To the Honorable Judge Torres,

    The undersigned represent Plaintiff Leshawn Dawson (hereinafter "Plaintiff") in this matter, which involves claims asserted under the Americans with Disabilities Act, 42 U.S.C. §12101.

    We are writing pursuant to the Court's April 24, 2019 Order to inform the Court that the parties do not wish to pursue either mediation avenue at this particular time as counsel have been facilitating their own discussions.

    Additionally, the parties request to adjourn all the current discovery deadlines as we believe we are close to resolution.

    Thank you for the time and consideration in this matter.

    Respectfully submitted,

    By:/s/ Joseph H. Mizrahi
    Joseph H. Mizrahi, Esq.

    By: /s/ Ali R. Jaffery
    Ali R. Jaffery, Esq