**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LESHAWN DAWSON, on behalf of himself and all others similarly situated,<br><br>                Plaintiffs,<br><br>           -against-<br><br>SKINNYCORP, LLC D/B/A THREADLESS,<br><br>              Defendant. | Case No. 1:19-cv-01394-AT<br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

       **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their

respective counsel, that the above-entitled action against Defendant, shall be and hereby is

dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party,

pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Brooklyn, New York
         July 2, 2019

By: _____

Joseph H. Mizrahi, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Fl.
Brooklyn, New York 11201
joseph@cml.legal
*Attorneys for Plaintiff*

By: ___ _____ __

Ali R. Jaffery, Esq.
Traub Lieberman Straus & Shrewsberry LLP.
7 Skyline Drive
Hawthorne, NY 10532
AJaffery@tlsslaw.com
*Attorneys for Defendant*